1 | Troy D. Monge, Esq.
2 | Law Offices of Troy D. Monge, APC
3 | 2300 E. Katella Ave, Suite 325
  | ANAHEIM, CALIFORNIA 92806
4 | TELEPHONE (714) 385-8100
  | FACSIMILE (714) 385-8123
5 | troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Hunkar Aslan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| HUNKAR ASLAN, | ) No. 8:23-cv-01024-PVC |
|---|---|
|    Plaintiff, | ) **ORDER AWARDING EQUAL** |
|  | ) **ACCESS TO JUSTICE ACT** |
|        v. | ) **ATTORNEY FEES AND COSTS** |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
|    Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FIVE HUNDRED SEVENTY-FIVE DOLLARS and NO CENTS ($4,575.00), and costs under 28 U.S.C. § 1920, in the amount of

/ / /

/ / /

/ / /

1

1 | ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-
2 | referenced Stipulation.

Dated: June 13, 2024

_____
THE HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE